IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

TESSIAH HOLTHUS,

Plaintiff,

vs.

COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,

Defendant.

**7:26CV5005**

**ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

This case is before the Court on Defendant's Unopposed Motion for Extension of Time. Filing 16. Defendant seeks a 30-day extension, from August 19, 2026, to September 18, 2026, to file his Motion to Affirm because workload demands prevent SSA agency counsel from providing necessary support under the current deadline. Filing 16 at 1. Defendant also represents that he has consulted with opposing counsel who has no objection to the request. Filing 16 at 1. The Court concludes that good cause exists for the requested extension. Accordingly,

IT IS ORDERED that Defendant's Unopposed Motion for Extension of Time, Filing 16, is granted. Defendant shall have to and including September 18, 2026, to file his Motion to Affirm.

Dated this 14th Day of August, 2026.

BY THE COURT:

Brian C. Buescher
United States District Judge